**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ANTARES PHARMA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 24-634-GBW |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| GORDON SILVER LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES**

WHEREAS, the parties have conferred and seek to extend the expert discovery and case dispositive motion deadlines to allow additional time to address outstanding discovery disputes;

WHEREAS, the requested extensions will also enable the parties to continue discussions regarding mediation;

WHEREAS, trial in this action is not scheduled until September 11, 2028, and the proposed extensions will still provide approximately 18 months between the completion of briefing of dispositive motions and the pretrial conference;

WHEREAS, the parties agree that this extension is made without prejudice to either side raising any further issues of dispute concerning discovery or otherwise;

**IT IS HEREBY STIPULATED AND AGREED**, by and among the parties, through their undersigned counsel, and subject to the approval of the Court, that the schedule be amended as follows:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Initial Disclosure of Expert Reports | August 24, 2026 | October 14, 2026 |
| Rebuttal/Supplemental Expert Reports | September 23, 2026 | November 13, 2026 |
| Expert Discovery Cut Off | October 9, 2026 | December 11, 2026 |

| | | |
|---|---|---|
| Opening Case Dispositive Motions | November 6, 2026 | January 22, 2027 |
| Oppositions to Case Dispositive Motions | December 4, 2026 | February 26, 2027 |
| Replies to Case Dispositive Motions | December 18, 2026 | March 12, 2027 |
| Pretrial Conference | September 7, 2028 | No change |
| Trial | September 11, 2028 | No change |

1. All other deadlines set forth in the Scheduling Order (D.I. 57) and as amended by the so-ordered stipulation on July 27, 2026 (D.I. 141), remain unchanged.


POTTER ANDERSON & CORROON LLP

By: */s/ Nicole K. Pedi*
John A. Sensing (#5232)
Bindu A. Palapura (#5370)
Nicole K. Pedi (#6236)
Malisa C. Dang (#7187)
Peter T. Sabini (#7655)
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
jsensing@potteranderson.com
bpalapura@potteranderson.com
npedi@potteranderson.com
mdang@potteranderson.com
psabini@potteranderson.com

*Attorneys for Plaintiff Antares Pharma, Inc.*

DUANE MORRIS LLP

By: */s/ Brandon R. Harper*
Richard L. Renck (#3893)
Brandon R. Harper (#6418)
1201 North Market Street, Suite 501
Wilmington, DE 19801-1160
302-657-4914
bharper@duanemorris.com
rlrenck@duanemorris.com

*Attorneys for Defendant Gordon Silver Limited*


Dated: August 17, 2026

SO ORDERED this ____ day of _______________, 2026

_______________________________
The Honorable Gregory B. Williams
United States District Judge